UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHAOGUANG LI,

        Plaintiff,

v.

HURRICANE ELECTRIC INTERNET SERVICES,

        Defendant.

Civil Action No. 13-cv-40033-TSH

### MOTION OF DEFENDANT HURRICANE ELECTRIC INTERNET SERVICES TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Hurricane Electric LLC, doing business as Hurricane Electric Internet Services ("Hurricane"), moves to dismiss the complaint of plaintiff Shaoguang Li ("Li") under Fed. R. Civ. P. 12(b)(6). The grounds for the motion are that Li has failed to state a claim upon which relief may be granted, in that Hurricane is an internet service provider and it is therefore immune from liability under section 230 of the Communications Decency Act, 47 U.S.C. § 230. A memorandum of law is filed herewith.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Hurricane respectfully requests oral argument on this motion to dismiss.

Since Li is not represented by counsel, it has not been possible to confer with any counsel on his behalf as required by Local Rule 7.1(a)(2).

Respectfully submitted,

HURRICANE ELECTRIC LLC

By its attorneys,

*/s/ Scott McConchie*
Scott McConchie (BBO 634127)
GRIESINGER, TIGHE & MAFFEI, LLP
176 Federal Street
Boston, Massachusetts 02110
(617) 542-9900
*smcconchie@gtmllp.com*

Stuart C. Clark (admitted Pro Hac Vice)
CARR & FERRELL LLP
120 Constitution Avenue
Menlo Park, California 94025
(650) 812-3400
*clark@carrferrell.com*

Dated:  April  8, 2013

## Certificate of Service

I, Scott McConchie, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 8, 2013.

 */s/ Scott McConchie*
Scott McConchie